| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 28 |
| MATTHEW ADAM BAUM | * | September Term, 2024 |
| | * | |

O R D E R

Upon consideration of the petition for disciplinary or remedial action and request for immediate suspension filed by Petitioner, it is this 21st day of February 2025, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-738(e), the Respondent, Matthew Adam Baum, is immediately suspended from the practice of law in the State of Maryland, pending further order of the Court; and it is further

ORDERED that the Clerk of this Court shall strike the name of Matthew Adam Baum from the register of attorneys in this Court and shall send notice of this Order to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk